**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Scott D. Effertz, | ) | Case No. 4:07-cr-077 |
| | ) | |
| Defendant. | ) | |

_____

The court shall conduct a scheduling/status conference in the above-captioned action on March 7, 2008, at 10:00 a.m. The conference shall be conducted via telephone conference call to be initiated in the court. Prior to the conference, Defendant should provide the Clerk's office with a telephone number at which he can be reached. The telephone number for the Clerk's office is (701)530-2300.

**IT IS SO ORDERED.**

Dated this 6th day of February, 2008.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court