**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER OF DISMISSAL** |
| vs. ) | |
| ) | |
| Scott D. Effertz, ) | Case No. 4:07-cv-077 |
| ) | |
| Defendant. ) | |

Before the Court is "Stipulation to Dismiss" filed on February 22, 2008. The Court **ADOPTS** the stipulation in its entirety (Docket No. 9) and **ORDERS** that the case be dismissed with prejudice and without costs or disbursements to any party.

**IT IS SO ORDERED.**

Dated this 26th day of February, 2008.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court